VINCENT J. VELARDO (13610)
GREG SODERBERG (14016)
**LITCHFIELD CAVO LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
soderberg@litchfieldcavo.com

Attorneys for Defendant The Tor Project, Inc., aka
The Onion Router

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>       Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>       Defendants. | **DEFENDANT THE TOR PROJECT, INC.'S MOTION FOR EXTENSION TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT UNDER LOCAL RULE OF FEDERAL CIVIL PROCEDURE DUCIVR 77-2(A)**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

Defendant The Tor Project, Inc. aka The Onion Router ("Defendant"), by and through

counsel, moves this Court for an enlargement of time to answer or otherwise respond to

Plaintiffs' Complaint pursuant to DUCivR 77-2.  Defendant requests an additional fourteen (14) days to respond to the Complaint.  The basis for the request is as follows:

1. Defendant was served a copy of the Complaint on September 19, 2018.

2. Defendant recently retained counsel.

3. Defendant's response is due today, October 10, 2018.

The Clerk of the Court is authorized to grant a fourteen (14) day extension to Defendant pursuant to DUCivR 77-2(a).  Defendant has not sought any prior extension and this request is submitted within the time required of Defendant to respond to Plaintiffs' Complaint.  The Clerk of the Court is authorized to grant this request without any response from Plaintiff and without direction by the Court.  Counsel for Plaintiffs do not oppose the requested extension.  Defendant submits a proposed order herewith.

Respectfully submitted this  10th  day of October, 2018.

**LITCHFIELD CAVO, LLP**

/s/ Vincent J. Velardo
VINCENT J. VELARDO
GREG SODERBERG
Attorneys for Defendant The Tor Project, Inc., aka The Onion Router

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT THE TOR PROJECT, INC.'S MOTION FOR EXTENSION TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT UNDER LOCAL RULE OF FEDERAL CIVIL PROCEDURE DUCIVR 77-2(A),** in Case No. 2:18-cv-00712-DB-DBP in the United States District Court, District of Utah, Central Division, was filed via CM/ECF, on the  10th  day of October, 2018, giving electronic notice of such filing to the following:

Jeffrey D. Gooch
J. Angus Edwards
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
jgooch@joneswaldo.com
aedwards@joneswaldo.com

/s/ Adrianna E. Hebard
ADRIANNA E. HEBARD