VINCENT J. VELARDO (13610)
GREG SODERBERG (14016)
**LITCHFIELD CAVO LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
soderberg@litchfieldcavo.com

Attorneys for Defendant The Tor Project, aka The Onion Router

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>Defendants. | **(PROPOSED) ORDER GRANTING DEFENDANT THE TOR PROJECT, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT UNDER LOCAL RULE OF FEDERAL CIVIL PROCEDURE DUCIVR 77-2(A)**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

The Clerk of the Court, by the authority granted to it under DUCivR 77-2, hereby GRANTS Defendant The Tor Project, Inc. aka The Onion Router's ("Defendant") Motion for Extension of Time to File Response to Plaintiffs' Complaint. The basis for this Order is as follows:

1. Defendant was served a copy of the Complaint on September 19, 2018.

2. Defendant recently retained counsel.

3. Defendant's response is due today, October 10, 2018.

The Clerk of the Court, pursuant to the authority granted to it under DUCivR 77-2, hereby ORDERS that Defendant's response to Plaintiff's Complaint is extended fourteen (14) days to October 24, 2018.

DATED this _____ day of October, 2018.

**CLERK OF THE COURT**

_____

SUBMITTED BY:

/s/ Vincent J. Velardo
VINCENT J. VELARDO
GREG SODERBERG
Attorneys for Defendant The Tor Project, Inc.
aka The Onion Router

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING DEFENDANT THE TOR PROJECT, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT UNDER LOCAL RULE OF FEDERAL CIVIL PROCEDURE DUCIVR 77-2(A)** in Case No. 2:18-cv-00712-DB-DBP in the United States District Court, District of Utah, Central Division, was filed via CM/ECF, on the  10th  day of October, 2018, giving electronic notice of such filing to the following:

> Jeffrey D. Gooch
> J. Angus Edwards
> JONES WALDO HOLBROOK & MCDONOUGH, P.C.
> 170 South Main Street, Suite 1500
> Salt Lake City, Utah 84101
> jgooch@joneswaldo.com
> aedwards@joneswaldo.com

/s/ Adrianna E. Hebard
ADRIANNA E. HEBARD