# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>         Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>         Defendants. | **ORDER GRANTING DEFENDANT THE TOR PROJECT, INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT UNDER LOCAL RULE OF FEDERAL CIVIL PROCEDURE DUCIVR 77-2(A)**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

The Court, by the authority granted to it under DUCivR 77-2, hereby GRANTS Defendant The Tor Project, Inc. aka The Onion Router's ("Defendant") Motion for Extension of Time to File Response to Plaintiffs' Complaint. The basis for this Order is as follows:

1. Defendant was served a copy of the Complaint on September 19, 2018.

2. Defendant recently retained counsel.

3. Defendant's response is due today, October 10, 2018.

The Court, pursuant to the authority granted to it under DUCivR 77-2, hereby ORDERS that Defendant's response to Plaintiff's Complaint is extended fourteen (14) days to October 24, 2018.

DATED this 12th day of October, 2018.

BY THE COURT:

_____
DUSTIN B. PEAD
UNITED STATES MAGISTRATE JUDGE