VINCENT J. VELARDO (13610)
GREG SODERBERG (14016)
**LITCHFIELD CAVO, LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
soderberg@litchfieldcavo.com

Attorneys for Defendant The Tor Project, aka The Onion Router

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>     Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>     Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

PLEASE TAKE NOTICE that Greg Soderberg of and for Litchfield Cavo LLP, enters his

appearance of counsel for Defendant The Tor Project, aka The Onion Router, and requests

service upon him of all pleadings, notices, and other matters required or permitted to be made upon this Defendant in the above-referenced matter.  Attorney Vincent J. Velardo will remain as counsel on this matter in addition to Mr. Soderberg.

Dated this  19th  day of October, 2018.

**LITCHFIELD CAVO, LLP**

/s/ Thomas J. Rollins
VINCENT J. VELARDO
THOMES J. ROLLINS
Attorneys for Defendant The Tor Project aka The Onion Router

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **NOTICE OF APPEARANCE OF COUNSEL** in Civil No. 2:18-cv-00712-DB-DBP before the United States District Court, District of Utah, Central Division was served upon the parties listed below by mail or electronic notification on the  19th  day of October, 2018.

**Counsel for Plaintiff**
Jason A. McNeill
Brian E. Lahti
MCNEILL VON MAACK
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
mcneill@mvmlegal.com
lahti@mvmlegal.com

/s/ Adrianna E. Hebard
ADRIANNA E. HEBARD