# Exhibit 1

VINCENT J. VELARDO (13610)
GREG SODERBERG (14016)
**LITCHFIELD CAVO LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
soderberg@litchfieldcavo.com

Attorneys for Defendant The Tor Project, Inc.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br>    Plaintiffs,<br>v.<br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br>    Defendants. | **DECLARATION OF SHARI STEELE, EXECUTIVE DIRECTOR OF THE TOR PROJECT, INC.**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

    I, Shari Steele, hereby testify as follows:

1. The Tor Project ("Tor") is a 501(c)(3) research-education nonprofit organization incorporated in Massachusetts with a primary place of business in Seattle, Washington. The Tor Project is primarily responsible for maintaining software for the Tor relay network and Tor Browser.

2. To use the Tor network, an end-user navigates to the Tor Project website using a different Internet browser, such as Mozilla Firefox or Google Chrome, and downloads and installs the free Tor Browser on his or her computer. After installation and startup, the Tor Browser automatically starts Tor background processes and routes Internet traffic through the Tor network, which relays traffic through a free, worldwide, volunteer overlay network.

3. Tor Browser users may conduct transactions using cryptocurrency or other payment methods, just as a person would use Mozilla Firefox or Google Chrome or Internet Explorer to conduct the same types of transactions. The Tor Project is not involved in processing the transactions, other than displaying the websites in its Internet browser window.

4. The Tor network conceals a user's location and Internet usage to anyone conducting network surveillance or traffic analysis.

5. The Tor Browser and network, like any Internet Browser and the internet itself, can be used for illicit purposes, such as what G.S. used it for. However, the Tor Project's goal and its primary use is for providing secure communications for the internet freedom movement.

6. The Tor Project receives funding from the United States State Department and the National Science Foundation.

7. Tor's anonymity function is endorsed by the Electronic Frontier Foundation (EFF) and other civil liberties groups as a method for whistleblowers and human rights workers to communicate with journalists.

8. Tor users include people who wish to keep their Internet activities private from websites and advertisers, people concerned about cyber-spying, and users who are evading censorship such as activists, journalists, and military professionals.

9. Tor is built into a number of freedom-enhancing applications, such as the whistleblowing software SecureDrop, a program that enables activists to boot up their computers from a USB stick called Tails, and a private web browser for Android called Orbot. In addition, many websites, including Facebook and Pro Publica, choose to make their content available over the Tor network so their users in dangerous regimes cannot be discovered.

10. The Tor network currently has around two million users.

11. Tor does not have any offices or other physical presence in Utah.

12. Tor does not have any employees in Utah.

13. Tor does not market to Utah or directly aim any business or charitable activity at Utah.

14. Tor does not aim any Internet activity at Utah.

Dated this 23 day of October, 2018.

Affirmation: Declarant declares in accordance with Utah Code 78B-5-705 that the foregoing is true and correct.

/s/ Shari Steele