IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>        Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO THE TOR PROJECT'S MOTION TO DISMISS**<br><br>Case No.: 2:18-cv-00712-DB-DBP<br><br>Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

    Plaintiffs and Defendant The Tor Project having filed a joint and stipulated motion for the same and there being good cause shown, IT IS HEREBY ORDERED THAT: the deadline for Plaintiffs to respond to The Tor Project's Motion to Dismiss in the above-captioned matter is extended to December 5, 2018.

    DATED this 19th day of November, 2018.

BY THE COURT

By: _____
Dustin B. Pead
United States Magistrate Judge

1500380.1