VINCENT J. VELARDO (13610)
GREG SODERBERG (14016)
**LITCHFIELD CAVO LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
soderberg@litchfieldcavo.com

Attorneys for Defendant The Tor Project, aka The
Onion Router

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

Defendant The Tor Project aka The Onion Router ("Tor Project"), by and through counsel of record, hereby moves this Court for an order extending the deadline to file Tor Project's Reply Memorandum in Support of Motion to Dismiss from December 19, 2018 to **January 4, 2019**.

Counsel for Plaintiffs James and Deborah Seaver ("Plaintiffs") has been contacted and stipulates to the motion made herein.

In accordance with DUCivR 7-1(2), a proposed order granting this motion has been attached here as an exhibit and will be submitted in an editable format to chambers by email.

Dated this  17th  day of December, 2018.

**LITCHFIELD CAVO, LLP**

/s/ Greg Soderberg
VINCENT J. VELARDO
GREG SODERBERG
Attorneys for Defendant The Tor Project, aka The Onion Router

**JONES WALDO HOLBROOK & McDONOUGH PC**

*Signed electronically with permission*

/s/ Michael Judd
MICHAEL JUDD
Attorney for Plaintiffs James and Deborah Seaver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**, in Case No. 2:18-cv-00712-DB-DBP in the United States District Court, District of Utah, Central Division, was filed via CM/ECF, on the  17th  day of December, 2018, giving electronic notice of such filing to the following:

Jeffrey D. Gooch
J. Angus Edwards
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
jgooch@joneswaldo.com
aedwards@joneswaldo.com

/s/ Adrianna E. Hebard
ADRIANNA E. HEBARD