# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>   Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity,<br><br>   Defendants. | **ORDER FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No.: 2:18-cv-00712-DB-DBP<br><br>Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

  Defendant The Tor Project aka The Onion Router ("Tor Project") having filed a Stipulated Motion to Extend Time to File Reply Memorandum in Support of Motion to Dismiss and there being good cause shown, IT IS HEREBY ORDERED THAT: the deadline for Tor Project to file their reply memorandum in support of Motion to Dismiss be granted and extended to January 4, 2019.

  DATED this 18th day of December, 2018.

            BY THE COURT

            By: _____
              Dee Benson
              United States District Judge

1500380.1