VINCENT J. VELARDO (13610)
GREG SODERBERG (14016)
**LITCHFIELD CAVO LLP**
420 E. South Temple, Suite 510
Salt Lake City, Utah 84111
Phone: 801-410-4982
velardo@litchfieldcavo.com
soderberg@litchfieldcavo.com

Attorneys for Defendant The Tor Project, aka
The Onion Router

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>Plaintiffs,<br>v.<br><br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba | **REQUEST TO SUBMIT FOR DECISION THE TOR PROJECT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM**<br><br>Civil Case No: 2:18-cv-00712-DB-DBP<br><br>Honorable Dee Benson<br>Magistrate Judge Dustin Pead |

| | |
|---|---|
| EXPRESS MAIL SERVICE, a foreign entity,<br><br>        Defendants. | |

Defendant The Tor Project, Inc. a/k/a The Onion Router (herein, "Tor Project"), by and through counsel of record, and pursuant to DUCivR 7-3, hereby requests to submit for decision The Tor Project, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and For Failure to State a Claim.

1. Defendant Tor Project filed its Motion to Dismiss for Lack of Personal Jurisdiction and For Failure to State a Claim on October 24, 2018.

2. After a stipulated extension of time, Plaintiff filed their Memorandum in Opposition to Motion to Dismiss on December 5, 2018.

3. After a stipulated extension of time, Defendant Tor Project filed their Reply in Support of Motion to Dismiss on January 4, 2019.

4. A hearing has been requested on the motion.

Dated this  4th  day of January, 2019.

**LITCHFIELD CAVO, LLP**

/s/ Greg Soderberg
VINCENT J. VELARDO
GREG SODERBERG
Attorneys for Defendant The Tor Project,
aka The Onion Router

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION THE TOR PROJECT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM**, in Case No. 2:18-cv-00712-DB-DBP in the United States District Court, District of Utah, Central Division, was filed via CM/ECF, on the  4th  day of January, 2019, giving electronic notice of such filing to the following:

**Counsel for Plaintiffs**
Jeffrey D. Gooch
J. Angus Edwards
JONES WALDO HOLBROOK & MCDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
jgooch@joneswaldo.com
aedwards@joneswaldo.com

/s/ Adrianna E. Hebard
ADRIANNA E. HEBARD