LAW DEPARTMENT
NATIONAL TORT CENTER


**UNITED STATES**
**POSTAL SERVICE**

September 6, 2018

Jeffrey D. Gooch
Jones, Waldo, Holbrook & McDonough, P.C.
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

Re:  Your Clients:       James Seaver and Deborah Seaver
     Date of Incident:   August 26, 2016

Dear Mr. Gooch:

Please be advised that the administrative claim filed on behalf of James Seaver and Deborah Seaver with the United States Postal Service on August 20, 2018 has been assigned to my office for adjudication.

I am currently in the process of reviewing this claim in order to make the determination as to any legal liability on the part of the Postal Service for the injuries sustained by your client. This claim will be adjudicated as soon as possible, but be aware that the Postal Service has six months from August 20, 2018 in which to adjudicate this claim. Should you have any additional information you wish to submit that would be helpful in the review of this matter, please forward same to my attention at the National Tort Center, United States Postal Service, 1720 Market Street, Room 2400, St. Louis, Missouri 63155-9948.

Sincerely,

Stanford M. Bjurstrom
Attorney
314-345-5858

SMB/elr

cc:  Kristen Tresner
     Tort Claim Coordinator
     File No. 840-16-00401988A