IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER, et. al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>The Estate of ALEXANDRE CAZES, et. al.,<br><br>                      Defendants. | ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 2:18-CV-00712-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

      The Court having reviewed Plaintiffs' Motion for Leave to File Amended Complaint and Supporting Memorandum ("Motion") [ECF No. 26], and for just cause, hereby orders that pursuant to Fed. R. Civ. P. 15(a)(2), the Motion is GRANTED.  Plaintiffs shall file the amended complaint within five (5) days after entry of this Order.

      DATED:  July 8, 2019.

BY THE COURT:

_____
DUSTIN B. PEAD
United States District Magistrate Judge