JEFFREY D. GOOCH (7863)
J. ANGUS EDWARDS (4563)
**JONES WALDO HOLBROOK & MCDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Tel.: (801) 521-3200
jgooch@joneswaldo.com
aedwards@joneswaldo.com

*Attorneys for the Seavers*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased, <br><br> Plaintiffs, <br> v. <br> The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity; and THE UNITED STATES POSTAL SERVICE, an agency of the UNITED STATES OF AMERICA, <br><br> Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF (1) CHINA POST AND (2) THE ESTATE OF ALEXANDER CAZES** <br><br> Case No.: 2:18-cv-00712-DB-DBP <br><br> Judge Dee Benson <br><br> Magistrate Judge Dustin B. Pead |

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs James and Deborah Seaver, through their undersigned counsel, hereby voluntarily dismiss <u>without prejudice</u> their claims in this action against the following defendants: (1) China Postal Express & Logistics Company aka China Post aka China Courier Services Corporation, a Chinese corporate

1595478.1

or governmental entity; and (2) The Estate of Alexander Cazes, deceased, a citizen of Canada, formerly doing business as Alphabay.

Dated: August 1, 2019.

                              JONES WALDO HOLBROOK & McDONOUGH PC

                              By: */s/ J. Angus Edwards*
                                   Jeffrey D. Gooch
                                   J. Angus Edwards
                                   **JONES WALDO HOLBROOK & McDONOUGH PC**

                              *Attorneys for the Seavers*

1595478.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which provides for electronic service to the counsel listed below.

> Vincent J. Velardo (velardo@litchfieldcavo.com)
> Greg Soderberg (soderberg@litchfieldcavo.com)
> LITCHFIELD CAVO LLP
> 420 E. South Temple, Suite 510
> Salt Lake City, Utah 84111
> *Attorneys for The Tor Project, Inc.*

                                       By: Annelie Furner (Legal Assistant)

1595478.1