JEFFREY D. GOOCH (7863)
J. ANGUS EDWARDS (4563)
**JONES WALDO HOLBROOK & MCDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Tel.: (801) 521-3200
jgooch@joneswaldo.com
aedwards@joneswaldo.com

*Attorneys for the Seavers*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>          Plaintiffs,<br>v.<br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity; and THE UNITED STATES POSTAL SERVICE, an agency of the UNITED STATES OF AMERICA,<br><br>          Defendants. | **NOTICE OF WRITTEN CONSENT TO FILING OF SECOND AMENDED COMPLAINT**<br><br>Case No.: 2:18-cv-00712-DB-DBP<br><br>Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

In accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs James and Deborah Seaver, through their undersigned counsel, hereby provide notice of the written consent of the United States to the Seavers filing a Second Amended Complaint, which makes the United States the named defendant rather than the United States Postal Service.

1595482.1

Dated: August 1, 2019.

          JONES WALDO HOLBROOK & McDONOUGH PC

By: */s/ J. Angus Edwards*
    Jeffrey D. Gooch
    J. Angus Edwards
    **JONES WALDO HOLBROOK & McDONOUGH PC**

*Attorneys for the Seavers*

Approved as to form:

By: */s/ Jeffrey E. Nelson* (with permission)
    Jeffrey E. Nelson
    Assistant United States Attorney

*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which provides for electronic service to the counsel listed below.

>Vincent J. Velardo (velardo@litchfieldcavo.com)
>Greg Soderberg (soderberg@litchfieldcavo.com)
>LITCHFIELD CAVO LLP
>420 E. South Temple, Suite 510
>Salt Lake City, Utah 84111
>*Attorneys for The Tor Project, Inc.*

>By: Annelie Furner (Legal Assistant)