JEFFREY D. GOOCH (7863)
J. ANGUS EDWARDS (4563)
**JONES WALDO HOLBROOK & MCDONOUGH, P.C.**
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Tel.: (801) 521-3200
jgooch@joneswaldo.com
aedwards@joneswaldo.com

*Attorneys for the Seavers*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>    Plaintiffs,<br>v.<br>The ESTATE of ALEXANDRE CAZES, deceased, a citizen of Canada, formerly doing business as ALPHABAY; THE TOR PROJECT, INC. aka THE ONION ROUTER, a Massachusetts non-profit corporation; CHINA POSTAL EXPRESS & LOGISTICS COMPANY aka CHINA POST aka CHINA COURIER SERVICES CORPORATION, a Chinese corporate or governmental entity; and EMS COOPERATIVE dba EXPRESS MAIL SERVICE, a foreign entity; and THE UNITED STATES POSTAL SERVICE, an agency of the UNITED STATES OF AMERICA,<br><br>    Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CHINA POST GROUP CORPORATION**<br><br>Case No.: 2:18-cv-00712-DB-DBP<br><br>Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs James and Deborah Seaver, through their undersigned counsel, hereby voluntarily dismiss <u>without prejudice</u> their claims in this action against defendant China Post Group Corporation.

1595478.2

Dated: August 6, 2019.

                                    JONES WALDO HOLBROOK & McDONOUGH PC

By: */s/ J. Angus Edwards*
     Jeffrey D. Gooch
     J. Angus Edwards
     **JONES WALDO HOLBROOK & McDONOUGH PC**

*Attorneys for the Seavers*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which provides for electronic service to the counsel listed below.

>Vincent J. Velardo (velardo@litchfieldcavo.com)
>Greg Soderberg (soderberg@litchfieldcavo.com)
>LITCHFIELD CAVO LLP
>420 E. South Temple, Suite 510
>Salt Lake City, Utah 84111
>*Attorneys for The Tor Project, Inc.*

>By: Annelie Furner (Legal Assistant)

1595478.2