JOHN W. HUBER, United States Attorney (7226)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
JEFFREY E. NELSON, Assistant United States Attorney (2386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
jeff.nelson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> ESTATE of ALEXANDRE CAZES, et al., <br><br> Defendants. | Case No. 2:18-cv-00712-DB-DBP <br><br> **STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** <br><br> Judge Dee Benson <br> Magistrate Judge Dustin B. Pead |

The plaintiffs and defendant United States of America hereby stipulate that the United States may have a 28-day enlargement of time to respond to the plaintiffs' Second Amended Complaint. The United States' response is currently due October 1, 2019. With a 28-day enlargement of time, the United States' response would be due October 29, 2019.

A proposed order consistent with this motion is submitted herewith.

DATED this 13th day of September, 2019.

| | |
|---|---|
| JOHN W. HUBER <br> United States Attorney | JONES WALDO HOLBROOK <br> & McDONOUGH |
| /s/ *Jeffrey E. Nelson* <br> JEFFREY E. NELSON <br> Assistant United States Attorney | /s/ *J. Angus Edwards* <br> J. ANGUS EDWARDS <br> Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing **STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** was served through the Court's ECF system to all parties named below this 13th day of September, 2019.

J. Angus Edwards
Jeffrey D. Gooch
JONES WALDO HOLBROOK & McDONOUGH, P.C.
170 South Main St., Suite 1500
Salt Lake City, Utah  84101

Vincent J. Velardo
Gregory M. Soderberg
LITCHFIELD CAVO LLP
420 E. South Temple, Suite 510
Salt Lake City, Utah  84111

/s/ *Jeffrey E. Nelson*
U.S. Attorney's Office