IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ESTATE of ALEXANDRE CAZES, et al.,<br><br>Defendants. | Case No. 2:18-cv-00712-DB-DBP<br><br>**ORDER FOR ENLARGEMENT OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |

Based on the Stipulated Motion for Enlargement of Time to Respond to Second Amended Complaint submitted herewith,

IT IS HEREBY ORDERED that the United States may have a 28-day enlargement of time, through October 29, 2019, to respond to the plaintiffs' Second Amended Complaint.

DATED this _____ day of _____, 2019.

BY THE COURT

_____
DUSTIN B. PEAD
United States Magistrate Judge