JEFFREY D. GOOCH (7863)
J. ANGUS EDWARDS (4563)
Jones Waldo Holbrook & McDonough
170 South Main Street
Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
jgooch@joneswaldo.com
aedwards@joneswaldo.com

*Attorney for Plaintiff*

JOHN W. HUBER, United States Attorney
(7226)
AMANDA A. BERNDT Assistant United
States Attorney (15370)
JEFFREY E. NELSON, Assistant United States
Attorney (2386)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
amanda.berndt@usdoj.gov
jeff.nelson@usdoj.gov

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES, *et al.,*<br><br>Defendant, | Case No. 2:18cv000712 DB DBP<br><br>**JOINT MOTION TO STAY PROCEEDINGS**<br><br>Judge Dee Benson |

The parties, through their undersigned attorneys, hereby request that this matter be stayed for 30 days, in order to allow the parties an opportunity to resolve this matter without further litigation and to allow Plaintiffs time to amend the complaint, should efforts to resolve the matter be unsuccessful.

WHEREFORE, the parties respectfully request that this matter be stayed for 30 days.

DATED this 25th day of October 2019.

/s/ Jeffrey D. Gooch (by permission)
JEFFREY D. GOOCH

*Attorney for Plaintiff*

JOHN W. HUBER
United States Attorney

/s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney

*Attorney for Defendant*