IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES, et al.,<br><br>　　　　　　　　Defendant. | ORDER GRANTING STIPULATED MOTION TO STAY<br><br>Case No. 2:18cv000712 DB DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

　　　　In their stipulated motion, (ECF No. 42), the parties request that this matter be stayed for 30 days to "allow the parties an opportunity to resolve this matter without further litigation and to allow Plaintiffs time to amend the complaint, should efforts to resolve the matter be unsuccessful."

　　　　The court GRANTS the stipulated motion. This matter is HEREBY STAYED for 30 days. The parties are to contact the court to lift the stay.

　　　　DATED this 28 October 2019.

_____
Dustin B. Pead
United States Magistrate Judge