| | |
|---|---|
| JEFFREY D. GOOCH (7863) <br> J. ANGUS EDWARDS (4563) <br> Jones Waldo Holbrook & McDonough <br> 170 South Main Street <br> Suite 1500 <br> Salt Lake City, Utah 84101 <br> Telephone: (801) 521-3200 <br> jgooch@joneswaldo.com <br> aedwards@joneswaldo.com <br><br> *Attorney for Plaintiff* | JOHN W. HUBER, United States Attorney (7226) <br> AMANDA A. BERNDT Assistant United States Attorney (15370) <br> JEFFREY E. NELSON, Assistant United States Attorney (2386) <br> 111 South Main Street, Suite 1800 <br> Salt Lake City, Utah 84111 <br> Telephone: (801) 524-5682 <br> amanda.berndt@usdoj.gov <br> jeff.nelson@usdoj.gov <br><br> *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES, *et al.*, <br><br> Defendant, | Case No. 2:18cv000712 DB DBP <br><br> **SECOND JOINT MOTION TO STAY PROCEEDINGS** <br><br> Judge Dee Benson |

The parties, through their undersigned attorneys, hereby request that this matter be stayed for an additional 60 days, in order to allow the parties an opportunity to resolve this matter without further litigation and to allow Plaintiffs time to amend the complaint, should efforts to resolve the matter be unsuccessful. Since the first request for a stay of this matter, the parties have worked cooperatively toward a potential resolution of the matter, but need additional time to explore such a resolution.

WHEREFORE, the parties respectfully request that this matter be stayed for an additional 60 days, through January 27, 2020.

DATED this 26th day of November 2019.

| | |
|---|---|
| /s/ Jeffrey D. Gooch (by permission) <br> JEFFREY D. GOOCH <br><br> *Attorney for Plaintiff* | JOHN W. HUBER <br> United States Attorney <br><br> /s/ Amanda A. Berndt <br> AMANDA A. BERNDT <br> Assistant United States Attorney <br><br> *Attorney for Defendant* |