# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>     Defendant. | ORDER GRANTING SECOND STIPULATED MOTION TO STAY<br><br>Case No. 2:18cv000712 DB DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

In their stipulated motion, (ECF No. 44), the parties request that this matter be stayed for an additional 60 days to "allow the parties an opportunity to resolve this matter without further litigation and to allow Plaintiffs time to amend the complaint, should efforts to resolve the matter be unsuccessful."

The court GRANTS the stipulated motion. This matter is HEREBY STAYED for an additional 60 days. The parties are instructed to contact the court to lift the stay.

DATED this 27 November 2019.

Dustin B. Pead
United States Magistrate Judge