JEFFREY D. GOOCH (7863)
J. ANGUS EDWARDS (4563)
Jones, Waldo, Holbrook & McDonough
170 South Main Street
Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
jgooch@joneswaldo.com
aedwards@joneswaldo.com

*Attorney for Plaintiff*

JOHN W. HUBER, United States Attorney (7226)
AMANDA A. BERNDT Assistant United States Attorney (15370)
JEFFREY E. NELSON, Assistant United States Attorney (2386)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
amanda.berndt@usdoj.gov
jeff.nelson@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JAMES SEAVER and DEBORAH SEAVER, as parents and heirs of G.S., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES, *et al.*,<br><br>Defendant | Case No. 2:18cv000712 DB DBP<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Judge Dee Benson |

The parties, through their undersigned attorneys, Pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, hereby request and stipulated that this matter be dismissed with prejudice, upon the merits, with no costs awarded.

WHEREFORE, the parties respectfully request that this matter be dismissed with prejudice.

DATED this 3rd day of March 2020.

| | |
|---|---|
| JONES, WALDO, HOLBROOK & MCDONOUGH, P.C. | JOHN W. HUBER<br>United States Attorney<br>AMANDA A. BERNDT<br>Assistant United States Attorney |
| */s/ J. Angus Edwards*<br>  JEFFREY D. GOOCH<br>  J. ANGUS EDWARDS<br>  *Attorneys for Plaintiff* | */s/ Amanda A. Berndt with permission*<br>*Attorneys for Defendant* |